UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                        CASE NO.    12-12487-TMD

**CARLOS CHRISTOPHER CHESTER**

**KEITHA NICOLE CHESTER**

**DEBTORS**                                      **CHAPTER 13**

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on November 5, 2012. The Court confirmed the Debtors' plan on February 21, 2013.

2. AUSTIN PUBLIC LIBRARY, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated or the funds have been returned to the Trustee.

3. The Trustee believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $36.55, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursment Check** |
|---|---|
| Austin Public Library<br>800 Guadalupe<br>Austin, TX  78768 | $36.55 |

                                                           Respectfully submitted,
                                                           Deborah B. Langehennig
                                                           _____
                                                           Deborah B. Langehennig
                                                           6201 Guadalupe Street
                                                           Austin, TX  78752

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:     CASE NO. 12-12487-TMD

CARLOS CHRISTOPHER CHE[STER]
KEITHA NICOLE CHESTER

DEBTORS     CHAPTER 13

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds has been mailed by US Mail to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below on September 27, 2016.

CANTU AND HICKSON
4833 SPICEWOOD SPRINGS RD #200
AUSTIN, TX 78759
(SERVED ELECTRONICALLY)

AUSTIN PUBLIC LIBRARY
800 GUADALUPE
AUSTIN, TX 78768

CARLOS CHRISTOPHER CHESTER
KEITHA NICOLE CHESTER
18204 CANOPY LANE
MANOR, TX 78653

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

     Respectfully submitted,

     Deborah B. Langehennig
     _____
     Deborah B. Langehennig
     6201 Guadalupe Street
     Austin, TX 78752