UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:  CASE NO. 12-12487-TMD
CARLOS CHRISTOPHER CHESTER
KEITHA NICOLE CHESTER

DEBTORS  CHAPTER 13

## TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on November 5, 2012. The Court confirmed the Debtors' plan on February 21, 2013.

2. UNITED CREDIT RECOVERY LLC, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated or the funds have been returned to the Trustee.

3. The Trustee believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $435.35, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursment Check |
|---|---|
| United Credit Recovery Llc<br>Po Box 953245<br>Lake Mary, FL 32795 | $435.35 |

Respectfully submitted,
Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

IN RE:                                              CASE NO.   12-12487-TMD

   CARLOS CHRISTOPHER CHESTER
   KEITHA NICOLE CHESTER

      DEBTORS                              CHAPTER 13

**CERTIFICATE OF SERVICE**

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds has been mailed by US Mail to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below on October 28, 2016.

CANTU AND HICKSON
4833 SPICEWOOD SPRINGS RD #200
AUSTIN, TX  78759
(SERVED ELECTRONICALLY)

UNITED CREDIT RECOVERY LLC
PO BOX 953245
LAKE MARY, FL  32795

CARLOS CHRISTOPHER CHESTER
KEITHA NICOLE CHESTER
18204 CANOPY LANE
MANOR, TX  78653

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

                                      Respectfully submitted,

                                      Deborah B. Langehennig

                                      _____
                                      Deborah B. Langehennig
                                      6201 Guadalupe Street
                                      Austin, TX  78752