**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: November 10, 2016.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Austin Division

IN RE: **Carlos Christopher Chester and Keitha Nicole Chester** , Debtor(s)

Case No.: 12–12487–tmd

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:    Dilks & Knopik
    ADDRESS:    as assignee to United Credit Recovery LLC
                      35308 SE CENTER ST
                      SNOQUALMIE, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $281.66.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
                                            Date funds were paid:
                                            Per court order signed:
                                            Schedule Number:
                                            Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☑ 4. Other: AS PER OUR PUBLISHED REQUIREMENTS, TRANSFERS/ASSIGNEMENTS OF CLAIMS MUST BE
FILED IN THE CASE UPON THE TRANSFER, AS A SEPARATE DOCUMENT, $25 FEE PER

TRANSFER. PROOF OF ASSIGNMENTS OF CLAIMS MUST BE FILED WITH THE APPLICATION FOR UNCLAIMED FUNDS, BUT CANNOT BE ACCEPTED AS THE TRANSFER OF THE CLAIM ITSELF.

###